```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 42601
   CONNIE GRANTZ
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7722

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/01/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.84% from remaining funds.

     The case was paid in full 10/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG          .00            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          4779.49            .00        1187.23
SHERMAN FINANCIAL GROUP   NOTICE ONLY       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          2298.70            .00         571.00
ATTENTION LLC             NOTICE ONLY       NOT FILED           .00            .00
CITIBANK VISA             UNSECURED         NOT FILED           .00            .00
DIRECT MERCHANTS BANK     UNSECURED         NOT FILED           .00            .00
HOLY CROSS HOSPITAL       UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1734.01            .00         430.73
MIDLAND                   UNSECURED         NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          2853.27            .00         708.75
SHERMAN FINANCIAL GROUP   NOTICE ONLY       NOT FILED           .00            .00
PEP BOYS                  UNSECURED         NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED          4494.15            .00        1116.35
STATE OF ILL DEPT OF UNE  UNSECURED         NOT FILED           .00            .00
VENTURE                   UNSECURED         NOT FILED           .00            .00
WEISS HOSPITAL            UNSECURED         NOT FILED           .00            .00
WASHINGTON MUTUAL BANK    SECURED NOT I        44.36            .00            .00
B-LINE LLC                UNSECURED OTH      827.43             .00         205.60
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                            460.34
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              7,380.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      4,219.66

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 42601 CONNIE GRANTZ
```

```
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                          460.34
DEBTOR REFUND                                                    .00
                                      ---------------   ---------------
TOTALS                                       7,380.00          7,380.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE